In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00169-CV
_____

MATTHEW PERKINS AND SHANNON PERKINS, Appellant

V.

THE WOODLANDS TOWNSHIP, A POLITICAL SUBDIVISION OF THE
STATE OF TEXAS, Appellee

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 22-04-04924-CV

## MEMORANDUM OPINION

Appellants Matthew Perkins and Shannon Perkins filed a notice of appeal and a motion for extension of time to file their notice of appeal. On May 23, 2025, the Court notified the parties that they filed their notice of appeal outside the time for which an extension of time may be granted for perfecting an appeal. We warned the parties that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeal.

1

The trial court signed the judgment on January 3, 2025. Appellants filed a motion for new trial within thirty days. The notice of appeal was due on April 3, 2025, ninety days after the date of judgment. Appellants filed their notice of appeal on May 5, 2025, more than fifteen days after the due date for a notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1(a). The notice of appeal was not filed within the time permitted for an extension of time to file a notice of appeal. *See id.* 26.3. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 25, 2025
Opinion Delivered June 26, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.

2